CARLEEN CRENSHAW-BRUCE
4030 N 44TH AVE 1047
PHOENIX AZ 85031
623-399-7383

FILED ___ LODGE
___ RECEIVED ___ COPY
JAN 17 2013
CLERK ___ COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

## IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF ARIZONA

CARLEEN CRENSHAW-BRUCE      )
    PLANTIFF-PRO SE      )
                      )
VS.      )
                        )
MESA POLICE DEPARTMENT      )
    DEFENDANT      )

CASE   CV-13-111-PHX-ROS

COMPLAINT:
CIVIL RIGHTS VIOLATION
FALSE ARREST

    13-3602 Order the would follow a Domestic Violence, therefore there was No Probable Cause for a Judicial Officer of the Mesa City Court of Maricopa County to grant an official Order, signed by a Judicial Officer of that Court.

    On 3-5-10 Officer S. Kurtz 18176 of the Mesa Police Department knowing this Order of Protection was not a valid Order of Protection, without DV in front of case order, this Officer still process served this document, knowing it was not a authorized Certified document authorized by a Judicial Officer of the Court.

    On 3-9-10 Officer C. Colburn 16148 and Officer M. Rome 15866 of the Mesa Police Department called the Maricopa County Sheriff Department, and they could not locate this Order Of Protection 2010013112 that should have if valid filed within 24 hours by a Judicial Officer and then forwarded to the Maricopa County Sheriff Department who keeps a repository of all Orders for a simple Verification.

    On 3-9-10 I was falsely arrest and accused of violating a Order of Protection 2010013112, with the charge count 1 interference of judicial proceedings M1 13-2810.

    The Mesa Police Department Officers, Mentioned in this Complaint violated my Civil Rights, Guaranteed under the Arizona Constitution Article 2 Section 8 of my Right to Privacy; that no person shall be disturbed in his private affairs or his home invaded **without authority of the law.**

    There was no Probable cause to Arrest me on 3-9-10.

**CONTINUED COMPLAINT**

CARLEEN CRENSHAW-BRUCE
4030 N 44TH AVE 1047
PHOENIX AZ 85031
623-399-7383

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF ARIZONA

CARLEEN CRENSHAW-BRUCE    )           CASE
 —PLANTIFF-PRO SE         )
                          )
VS.                       )
                          )
MESA POLICE DEPARTMENT    )
     DEFENDANT            )

### CONTINUED COMPLAINT

On 3-9-10 Officer C. Colburn 16148 and Officer M. Rome 15866 of the Mesa Police Department Committed Aggravated Assault, I placed a Complaint with the Mesa Police Department, Officer S. Martin 10057 of that department and Officer Jennifer Doucet 16681 assigned case# DR2010-0680667.

The Order of Protection 2010013112 was not determined an official format of the Law, Prosecutor, Wayne Stewart of the West Mesa Justice Court, requested certified copies on two separate occasions, document supported by evidence attached of two Mesa Police Department Officer M.Bradbury 11242 on 4-07-10, stating the Maricopa County Attorney was requesting Certified Copies of both the Declaration of Service and the Order of Protection. On 6-16-10 Officer J. Gumina 14921 supplement report states that Wayne Stewart was again requesting Cerfified Copies of the Order of Protection with the Declaration of Service still not filed as a Certified authorized Copy.

Out of pure Malice to harm my life, the Mesa Police Department Superior Officers allowed these Document to unlawfully be presented for Prosecution of this offense to be brought back up, with information presented to the Maricopa County Superior Court with my complaint number 2010-0680667 that contained also this unlawful charge of count 1 interference with judicial proceedings M1 13-2810, this document of the Order of Protection 2010013112 that was had no certified copied to meet the Scrutiny of the law, was given as evidence on 9-24-10 to the Maricopa County Attorney after I was brought to answer to other unlawful charges in connection to this department using my complaint number 2010-0680667 to regulated a new docket number CR2010-112998-001.

### CONTINUED COMPLAINT

CARLEEN CRENSHAW-BRUCE
4030 N 44TH AVE 1047
PHOENIX AZ 85031
623-399-7383

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF ARIZONA

CARLEEN CRENSHAW-BRUCE   )          CASE
         PLANTIFF-PRO SE         )
                                 )
VS.                              )
                                 )
MESA POLICE DEPARTMENT           )
         DEFENDANT               )
                                 )

### CONTINUED COMPLAINT

The Mesa Police Department, is Civilly Liable for my life being disturbed without Authority of the Law, my property was lost, because of unlawful incarceration and violation of the United States Constitution 5th Amendment, that no person shall be subjected to the same offense to be placed twice in jeopardy. I have lost my residency, because of these Officers, being upset with the fact of me placing a complaint against them.

My 4 children was placed on this unlawful Order of Protection **2010013112** without authority of of a Judicial Officer placing them on this Order, I have been placed on the internet with public access of deformation of character produced my character wrongly to be a violent person, mentally unstable and on drugs, my life was deprived of its movement necessary to maintain my residence at 756 w 1st place in Mesa, AZ, 1118 N 10th place in Phoenix AZ and at the 4030 N 44th ave, because of the unlawful information giving to the MCSO Jail to for an unlawful processed warrant that did not meet the requirements regulated by the Arizona Rules of Criminal Procedures, this charge was to be given as an indictment per the Arizona Criminal Constitution Article 2 Section 30; Indictment or information: Section 30 states No Person shall be prosecuted criminally in any court of record for felony or misdemeanor otherwise that by information or indictment, Arizona Criminal Procedure Rule 15.1 Rule Disclosure by State (3) all existing Original and supplement reports by Law Enforcement agency in connection to the crime, The Mesa Police Departments **Original Supplement Report number is DR2010-00910736, violations of my Civil Rights guaranteed under the United States Constitution 5th of due** process of the law also contributed to my personal belongings (property) being lost.

CONTIUED COMPLAINT

CARLEEN CRENSHAW-BRUCE
4030 N 44TH AVE 1047
PHOENIX AZ 85031
623-399-7383

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PLANTIFF-PRO SE ) | DATE |
| ) | |
| VS. ) | |
| ) | |
| MESA POLICE DEPARTMENT ) | |
| DEFENDANT ) | |

CONTINUED COMPLAINT

because of this False Arrest committed on 3-9-10 by the Officer C. Colburn 16148 and M. Rome of the Mesa Police Department with the authorization of their superiors of that department who is civially liable for my civil complaint and claim giving by me the Jurisdiction of the United States District Court for the District of Arizona to hear and decide this complaint to find it sufficient according the Arizona Constitution Article 2 Section 3 states, the Constitution of the Constitution of the United States is the supreme law of the land.

DATE: 1-17-13         CARLEEN CRENSHAW-BRUCE
                      *Carleen Crenshaw-Bruce* (signature)